GV120 150

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Andre Desire

_____

_____

_____

(Enter above full name of plaintiff or plaintiffs)

.v.

Bluitt Jorcelyn CoI
Magee Samalullah Sgt.
Smith Jason Cerf CoI

_____

(Enter above full name of defendant or defendants).

I.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?          Yes _____    No __✓__

If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiffs:    _____NA_____

Defendants:    _____NA_____

2.    Court (if federal court, name the district; if state court, name the county):

_____NA_____

3.    Docket number:    _____NA_____

4.    Name of judge assigned to case:    _____NA_____

5.  Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_NA_

6.  Approximate date of filing lawsuit:  _NA_

7.  Approximate date of disposition:  _NA_

8.  Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?  Yes _____  No _✓_

B.  While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?  Yes _____  No _✓_

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.  Parties to previous lawsuit:

Plaintiffs:  _NA_

Defendants:  _NA_

2.  Court (name the district):

_NA_

3.  Docket number:  _NA_

4.  Name of judge assigned to case:  _NA_

5.  Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_NA_

6.  Approximate date of filing lawsuit:  _NA_

2

7. Approximate date of disposition: _NA_

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?                    Yes _____ No _✓_

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?                    Yes _____ No _✓_

    1. If your answer to C is yes, name the court and docket number for each case:

_NA_

II. Place of present confinement: _Augusta State Medical Prison_

A. Is there a prisoner grievance procedure in this institution? Yes _✓_ No ____

B. Did you present the facts relating to your complaint to the appropriate grievance committee?                    Yes _✓_ No ____

C. If your answer to B is yes:

    1. What steps did you take? _On 12-28-2018 I filed a Grievance_

    2. What was the result? _On 2-6-2019 Response Received an Investigation was warranted Georgia Department of Corrections Criminal Investigation Division on 2-1-2019 for review_

3

3.  Did you appeal any adverse decision to the highest level possible in the administrative procedure?                                    Yes ___  No ✓

If yes, what was the result?  ___ N/A ___

D.  If you did not utilize the prison grievance procedure, explain why not: ___
an Investigation was warranted.

IV.  Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A.  Name of plaintiff:  Andre Desire
    Address:  Augusta State Medical Prison
    3001 Gordon Hwy.
    Grovetown GA 30813

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B.  Name of defendant:  Jorcelyn Blvitt COII
    Position:  Security Officer COII
    Place of employment:  Augusta State Medical Prison
    Current address:  3001 Gordon Hwy.
    Grovetown GA 30813

C.  Additional defendants:
    Magee Jamalullan Sgt.
    Smith Jason cert CO II
    Augusta State Medical Prison
    3001 Gordon Hwy.
    Grovetown GA 30813

4

V.    Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the morning of 12-20-2018 at approx 5:40 am around the chow hall Gate it was raining, Temp below 30° about 50 Inmates was standing in the rain, because Officer Bluitt was refusing to open the Gate for about 15 minute. When I Reported it to Sgt. Magee and LT. Eason in the Chow hall that Officer Bluitt held us Inmates in the cold and rain, that she refused to open the gate, Officer Bluitt made threats at me Stating that "I will get you, Dont worry I got something for you." All because I told on her. I then asked LT. Eason to please Not send Officer Bluitt back to Building 14B because of the threats that she made, I was in fear that Officer Bluitt would cause me more harm. Then that night around 6:30 pm Officer Bluitt and Officer Warren came around looking for me trying to start problems by saying things like "Nigga what was that shit you were Saying this morning, I beat your Ass, Wanting me to Argue back. But I wouldn't because I know what she was trying to do, So I would walk away and stay away from them both as us Inmates coming back from Even Chow call. Then around 6:55 Officer Bluitt call chapel call for the Chrismas concert, While I was coming out the dorm door showing my call out for the Chrismas concert Officer Bluitt pushed me up against the wall repeatly trying to get me to put my hands on her but I wouldn't

5

Then Officer Bluitt nodded her head at Officer Warren, then he came over and began choking me, slammed me to the floor by neck, My Air supply was cut off and I passed out. When I came back, I saw Sgt. Magee which she then snatched my arms while I was telling her about the screws in my left shoulder, plate in my neck + lower back problems. I told her I couldn't put my Arms and hands behind my back because ongoing Medical treatment and the screws in my Left shoulder. Sgt. Magee then snatched my left arm behind my back while I screamed out in pain. Officer Warren still had me in the headlock, then snatches me up by the neck trying to make me stand with lower back in sharp pain then Officer Davis arrived and began punching me in the head, back and side. While Dus Tommy Tremble and Captain Herman stood by and watched a while before telling Officers to take me up to Medical. Officer Warren Lets go of me neck/head, I fall to the floor, I ask for my wheelchair because I can no longer stand. Cert Officer Smith and Officer Johnson arrives and snatches me up forceably and throws me into my wheelchair, with my body in the pain it was in. Officer Smith states "get your punk Axx up! Officer Smith and Johnson still applying unessary and unWanton pain while, I posed no threat and complyed as I could and was able to. While I'm being taking up the walk to Medical Cert Officer Smith and Johnson, hooks my cuffed arm and hands over and behind left handle arm of Wheelchair, and drags my body and arms hooked over handle pulled backwards all the way up the walk about an ½ a mile or more, screaming out in Pain and asking them to stop but wouldn't. While being seen at Medical by PA Sharon, Sgt. Magee and Others tells PA.Sharon and Nurse not to document any complaints of Injuries and clear me Medically, so I can be placed in lockdown 12B2- at use of Force accessment. While I was taken into 12B2 lockdown building I was snatched up off the medical cart forceably by Cert Officer Smith and Cert Johnson, by grabing me by both feet and the Other Officer grabbing both wrist and hands and arms still cuffed in the back, Forceably carring me across the floor of the building 12B2 to Cell 124 Causing more Injury strain to left shoulder, back, knee On Right and neck. I was then

I was then thrown onto bottom bunk with force face down then was uncuffed by Sgt. Magee who then states to me that it could have been worser. All Officers Sgt. LT. Davs, and Captian had knowledge of my Medical history and disabilities I have. From the time I was placed in my wheelchair, to, while at, and from Medical, while on the walk both times and taken to lockdown 12B2-124 is on Video about an hour or longer and Medical documents. Then that morning the 12B2 Officer on duities that night at breakfest wouldn't and did not give a breakfest tray because he did not wont me to eat. Then Sgt. Easer would not give me my Property and Legal mail for over two weeks. At around 28 days in lockdown Dws Tommy Tremble come and tells me he would let me out of lockdown if I dropped the grievance, because they were wrong for what they done. Their is Video, Medical Records/documents X-Rays, MRI, Physician Appointments, Physical Therapy, all schedules and documents from Medical throughout the year from 4-14-2012 –2020

CLAIMS: 3 Individual claims for the Actions of Defendants Bluitt Jorcelyn CO II Magee JaMalullah Sgt. Cert Jason Smith In using Physical force against the Plaintiff without need or Provocation done Maliciously and sadistically and constituted Cruel and unusual Punishment in violation of the Eighth Amendment of United States Constitution: 3 Claims of Deliberate Indifference for the Actions of defendant Bluitt Jorcelyn CO II, Sgt. Magee JaMalullah, Cert. Smith Jason In Offical and Individual Capacity for the Acts of knowly disregards a risk thats Obvious, failing to respond reasonably to known Risk and acting Maliciously and sadistically in Violation of Eighth Amendment of the United States Constitution: 3 Federal Tort claims acts and 3 Bivens actions for the Actions of Defendants Bluitt Jorcelyn CO II, Sgt. Magee Jamalullah, Cert Jason Smith, In Offical and Individual Capacity for Constitutional and Common-Law Violations. Trial Demanded

VI.    Relief    State briefly exactly what you want the court to do for you.   Make no legal arguments.  Cite no cases or statutes.

Plaintiff would like to be rewarded for Compensatory damages for my Physical Injuries and on going Pain and suffering, and Psycological suffering $200.000 against each Defendants. Plaintiff would to receive damages in Pimitive against each Defendants Bluitt Jorcelyn, Magee Jamalullah, Smith Jason $200.000 each. Order all defendants to Appear in Court and Provide Testimony, Trial by Jury Demanded, Call witnesses and provide witness Testimony, Order all defendants to Pay Plaintiff in the sum stated Plus Pay for the Plaintiff's Attorney Fees and any Other Fees Incurred as a result of Plaintiff actions brought in Court. Each Defendant is to be served a Copy of Plaintiff Complaint, Plus Pay full amount of court Fees in whole.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __12th__ day of __Feb__, 19__2020__.

Prisoner No. __1231160__          _Andrsa Desuid_
                                 (Signature of Plaintiff)

Andre Desire 1231160
Augusta State Medical Prison
3001 Gordon Hwy
Augusta GA 30813

RECEIVED
U.S. Marshals Service
Savannah, Georgia

Clerk of Court
United States District of Southern District of Geor
P.O. Box 8286
Savannah GA 31412

FOREVER / USA FOREVER / USA FOREVER / USA FOREVER / USA FOREVER / USA FORE