IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| ANDRE DESIRE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 120-150 |
| | ) |
| JORCELYN BLUITT; | ) |
| SGT. MAGEE JAMALULLAH; and | ) |
| SMITH JASON, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's Federal Torts Claims Act, Bivens action, obstruction of access to Courts, and monetary damages against Defendants in their official capacity claims for failure to state a claim upon which relief may be granted. The case shall proceed against Defendants as described in the Magistrate Judge's December 28, 2020 Order. (See doc. no. 7.)

SO ORDERED this 25th day of January, 2021, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA